NO. 07-01-0043-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 12, 2001

______________________________

PETE CASTILLO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 176
TH
 DISTRICT COURT OF HARRIS COUNTY;

NO. 833,345; HONORABLE BRIAN RAINS, JUDGE

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

Appellant Pete Castillo was convicted of the offense of aggravated robbery in the 176
th
 District Court of Harris County, and thereafter gave notice of appeal.

The clerk of this court has received and on March 9, 2001, filed a motion to dismiss representing that appellant desired to withdraw the notice of appeal.  The motion to dismiss is signed by appellant and counsel retained by him.  No decision of this Court having been rendered prior to the receipt of appellant’s motion, the motion to dismiss is hereby granted.  
Tex. R. App. P.
 42.2(a).

Accordingly, the appeal is dismissed.  Having dismissed the appeal at the personal request of appellant and his attorney, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson

    Justice

Do not publish.